**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

*May 03, 2023*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO.  **4:23cr191** |
| | § | |
| | § | |
| GEBER SOTO | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

### *(Title 18 U.S.C. § 922(a)(1)(A) ENGAGING IN THE BUSINESS OF DEALING IN FIREARMS WITHOUT A LICENSE)*

From on or about June 26, 2022, and continuing until on or about October 16, 2022, in the Houston Division of the Southern District of Texas,

GEBER SOTO,

defendant herein, not being a licensed importer, licensed manufacturer, or a dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

1

<u>FORFEITURE NOTICE</u>

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the firearm offenses alleged in Count 1 in this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms involved in the commission of the offense.

A TRUE BILL:

**Original Signature on File**

FOREPERSON OF THE GRAND JURY

ALAMDAR HAMDANI
UNITED STATES ATTORNEY

*Benjamin J. Smith*

Benjamin J. Smith 281-914-8151 (cell)
Special Assistant United States Attorney

2